**James R. REEPING, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2006–3417.

United States Court of Appeals, Federal Circuit.

April 9, 2007.

Before RADER, GAJARSA, and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

**Kent D. FLORO, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2006–5132.

United States Court of Appeals, Federal Circuit.

April 9, 2007.

Before MAYER, Circuit Judge, CLEVENGER, Senior Circuit Judge, and LINN, Circuit Judge.

**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.